814

EMMA M. DRUM, Respondent, v. F. K. JAMES COMPANY, INC., Appellant, Impleaded with ALVIN HERMAN and F. K. JAMES, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

HARRY J. ELARDE, Appellant, v. HENRY MUNDT and WINIFRED MUNDT, Respondents.— Order of Appellate Term affirming judgment of the Municipal Court and said judgment reversed on the law and a new trial ordered, costs to appellant to abide the event. In our opinion, the trial court erred in charging the jury that the plaintiff could recover in the event only that the defendants' negligence was the sole cause of the accident, and in refusing to charge, at plaintiff's request, that any negligence on the part of the driver of the car in which plaintiff was riding was not imputable to him. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

HOME TITLE INSURANCE COMPANY, Plaintiff, v. SARAH SEGAL and Others, Defendants, Impleaded with SARAH GOLDIN, Respondent, and SOLOMON SILK, Appellant.— Appeal discontinued upon stipulation filed. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of the Petition of FLORA CALLAHAN for an Order Revoking Letters of Administration Issued to EDWARD L. CALLAHAN of the Goods, Chattels and Credits Which Were of BERNARD F. CALLAHAN, Deceased, and for Letters of Administration of the Goods, Chattels and Credits Which Were of BERNARD F. or BERNARD CALLAHAN, Deceased. FLORA CALLAHAN, Petitioner, etc., and EDWARD L. CALLAHAN, Administrator, etc., of BERNARD F. or BERNARD CALLAHAN, Deceased, Respondents; COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to respondents, payable by appellant. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ. [142 Misc. 28.]

In the Matter of the Application of FRED J. CRICK, Respondent, for a Mandamus Order Directing the Granting of a Building Permit against GEORGE F. ROGERS, Building Inspector for the Town of Bedford, Westchester County, New York, Appellant.— Peremptory mandamus order unanimously affirmed, with costs, as a matter of law and in the exercise of discretion. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of Proving the Last Will and Testament and Codicil Thereto of BENJAMIN F. LANE, Deceased, as a Will and Codicil of Real and Personal Property. EMMA D. REEVE, Appellant; VIOLET LANE STRIECKER and LOURINE LANE, Respondents. (Appeal No. 4.) — Decree of the Surrogate's Court of Queens county rejecting for probate the documents offered as the last will and testament and codicil of Benjamin F. Lane, deceased, reversed on the law, with costs to appellant, payable out of the estate, and the matter remitted to the surrogate to enter a decree admitting the will and codicil to probate. The evidence adduced on the trial raised no issue that should have been submitted to the jury. (*Matter of Burnham*, 234 N. Y. 475.) Kapper, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., concurs for reversal but favors a new trial.